IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RLF PAWNEE PROPERTIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-3077 |
| | ) | |
| SPRINGFIELD ENERGY PROJECT, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Plaintiff RLF Pawnee Properties, LLC's Motions for Entry of Default Judgment against Defendants Intercontinental Holdings, Inc., Springfield, Energy Project, LLC, and Richard Tuorto (d/e 19, 20, and 21). The Court has reviewed the Motions and the file and determined that the Plaintiff is entitled to default judgments against these Defendants.

THEREFORE, Plaintiff RLF Pawnee Properties, LLC's Motions for Entry of Default Judgment against Defendants Intercontinental Holdings, Inc., Springfield, Energy Project, LLC, and Richard Tuorto (d/e 19, 20, and

21) are ALLOWED. A default judgment is hereby entered in favor of Plaintiff Pawnee Properties, LLC and against Defendants Intercontinental Holdings, Inc.; Springfield, Energy Project, LLC; and Richard Tuorto, jointly and severally, in the sum of $6,455,532.24, consisting of damages of $6,445,408.21 plus attorneys' fees and costs in the amount of $10,124.03. All pending motions are denied as moot. This case is closed.

IT IS THEREFORE SO ORDERED.

ENTER: December 8, 2009

    FOR THE COURT:

                                  s/ Jeanne E. Scott
                                  JEANNE E. SCOTT
                                  UNITED STATES DISTRICT JUDGE